JAMES P. SHEA (State Bar No. 162483)
LAW OFFICE OF JAMES P. SHEA
5055 Wilshire Blvd., Suite 830
Los Angeles, CA 90036
Telephone: 323-954-9605
Fax: 323-954-9012
E-mail: lawoffice5055@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CONNIE BENAVIDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | NO. 2:17-CV-08603-DFM<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS ORDERED that EAJA fees and expenses are awarded in the amount of four thousand, seventy eight dollars and forty four cents ($4,078.44), pursuant to 28 U.S.C. § 2412(d), and costs pursuant to 28 U.S.C. § 1920 in the amount of four hundred dollars and no cents ($400.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: June 21, 2019

_____
HON. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE